UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
EUFEMIA E ROBINSON

CASE NO. 12-23741-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,638.32 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  APR 2 3 2015

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

EUFEMIA E ROBINSON
15001 NE 10 AVE
MIAMI, FL 33161

THOMAS WILLIS, ESQUIRE
8725 NW 18 TERR
SUITE 302
MIAMI, FL 33172

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   12-23741-BKC-
EUFEMIA E ROBINSON


                                    CHAPTER 13


   EUFEMIA E ROBINSON              ---------$       2,638.32

   15001 NE 10 AVE
   MIAMI, FL 33161


   THOMAS WILLIS, ESQUIRE
   8725 NW 18 TERR
   SUITE 302
   MIAMI, FL 33172

   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```